UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCOLN GENERAL INSURANCE
COMPANY AND FIDELITY & DEPOSIT
COMPANY OF MARYLAND,

       Plaintiffs,

v.                                                          Case No.  8:07-cv-467-T-24

EDDY BORNSTINE AND KAREN BORNSTINE,

       Defendant.
_____/

## **ORDER**

       This cause comes before the Court on Defendants' Motion to Extend Time to File a Responsive Pleading (Doc. No. 12).  Defendants request that they be granted an extension of sixty (60) days to file a responsive pleading.  Upon consideration, the Court will grant the motion.

       However, it has come to the Court's attention that Defendants' counsel is not in good standing with the Middle District of Florida Bar.  As such, the Court grants Defendants' counsel thirty (30) days to become a member in good standing and file a notice informing the Court of the same.  If such action is not taken within the time prescribed by the Court, Defendants' Motion to Extend Time to File a Responsive Pleading will be striken and the Court will entertain a motion for entry of default.

       Accordingly, it is ORDERED AND ADJUDGED that Defendants' Motion to Extend Time to File a Responsive Pleading (Doc. No. 12) is GRANTED in accordance with the terms outlined in this Order.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of June, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record