UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCOLN GENERAL INSURANCE
COMPANY AND FIDELITY & DEPOSIT
COMPANY OF MARYLAND,

       Plaintiffs,

v.                                               Case No.  8:07-cv-467-T-24-MAP

EDDY BORNSTINE AND
KAREN BORNSTINE,

       Defendants.
_____/

## **ORDER**

This cause comes before the Court on the parties' Joint Motion to Administratively Close, Rather than Dismiss, Case (Doc. No. 20).  On July 12, 2007, Plaintiffs filed a notice of settlement (Doc. No. 16).  Thereafter, on July 23, 2007, the Court entered an endorsed order dismissing the case without prejudice to the right of any party to re-open the action within sixty days, upon good cause shown, or to submit a stipulated form of final judgment (Doc. No. 17).  On September 19, 2007, the Court entered an order extending this sixty days for an additional thirty days (Doc. No. 19).

In their motion, the parties state that they have reached a settlement and signed a formal agreement.  Under this agreement, the parties stipulate that Defendants will pay the settlement amount to Plaintiffs in accordance with a payment plan that runs until June 1, 2012.  Also in this agreement, Defendants agree to execute a consent judgment, which Plaintiffs may file in the event of a default by Defendants under the payment plan.  The parties request that the Court administratively close the case without prejudice to the right of Plaintiffs to reopen to file the

consent judgment if Defendants default on their payments.

After considering the motion, the Court finds that administratively closing the case, instead of dismissing the case without prejudice, is not warranted. If Defendants default on payments under the settlement agreement, then Plaintiffs may file a new lawsuit to enforce the settlement agreement. Accordingly, it is ORDERED AND ADJUDGED that the parties' Motion to Administratively Close, Rather than Dismiss, Case (Doc. No. 20) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of October, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record